```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    DAVANCE REED
 7

 8
 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    ) No. CR-S-07-0211 GEB
                                 )
13                   Plaintiff,  )
                                 ) STIPULATION AND [PROPOSED] ORDER
14       v.                      ) CONTINUING STATUS CONFERENCE
                                 )
15  DAVANCE REED,                ) Date: November 16, 2007
                                 ) Time: 9:00 a.m.
16                   Defendant.  ) Judge: Hon. Garland E. Burrell,
    _____ ) Jr.
17

18
         It is hereby stipulated between the parties, William Wong,
19
    Assistant United States Attorney, attorney for plaintiff and Mary M.
20
    French, Supervising Assistant Federal Defender, attorney for defendant
21
    DAVANCE REED, that the Status Conference hearing date of
22
    October 12, 2007, is vacated and a new Status Conference hearing date
23
    of November 16, 2007, at 9:00 a.m. is hereby set.
24
         This continuance is requested because counsel for defendant is in
25
    the process of on-going investigation and also because defense counsel
26
    has requested and is awaiting receipt of additional discovery.
27
         It is further stipulated that the period from October 12, 2007,
28
```

1  through and including November 16, 2007, should be excluded pursuant to
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.
4  Dated:  October 11, 2007        Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                     /s/ Mary M. French
                                    ────────────────────────────
                                    MARY M. FRENCH
                                    Supervising Assistant
                                    Federal Defender
                                    Attorney for Defendant
                                    DAVANCE REED


Dated:  October 11, 2007            MCGREGOR W. SCOTT
                                    United States Attorney


                                    /s/  Mary M. French for
                                         William Wong
                                    ────────────────────────────
                                    WILLIAM WONG
                                    Assistant U.S. Attorney
                                    per telephonic authorization


IT IS SO ORDERED.

Dated:  October 19, 2007

                                    ────────────────────────────
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge