```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    DAVANCE REED
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        )  No. CR-S-07-0211 GEB
                                     )
13                Plaintiff,         )
                                     )  STIPULATION AND [PROPOSED] ORDER
14        v.                         )  CONTINUING STATUS CONFERENCE
                                     )
15  DAVANCE REED,                    )  Date:  December 14, 2007
                                     )  Time:  9:00 a.m.
16                Defendant.         )  Judge: Hon. Garland E. Burrell,
    _____    )  Jr.
17
```

It is hereby stipulated between the parties, William Wong, Assistant United States Attorney, attorney for plaintiff and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant DAVANCE REED, that the Status Conference hearing date of November 16, 2007, is vacated and a new Status Conference hearing date of December 14, 2007, at 9:00 a.m. is hereby set.

This continuance is requested because counsel for defendant is in the process of on-going investigation and also because defense counsel has requested and is awaiting receipt of additional discovery.

It is further stipulated that the period from November 16, 2007,

1  through and including December 14, 2007, should be excluded pursuant to
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.
4  Dated:  November 14, 2007      Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                         /s/ Mary M. French
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        DAVANCE REED


Dated:  November 14, 2007       MCGREGOR W. SCOTT
                                United States Attorney


                                /s/  Mary M. French for
                                     William Wong
                                _____
                                WILLIAM WONG
                                Assistant U.S. Attorney
                                per telephonic authorization


IT IS SO ORDERED.

Dated:  November 19, 2007       _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge

Stipulation and Order/Reed          2