```
 1  DINA L. SANTOS, Bar #204200
    Attorney at Law
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    DAVANCE REED
 6
```

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

| 11 | UNITED STATES OF AMERICA, | ) No. 07 CR-S 0211 GEB |
|---|---|---|
| 12 | Plaintiff, | ) |
| | | ) STIPULATION AND ORDER VACATING |
| 13 | v. | ) DATE, CONTINUING CASE, AND |
| | | ) EXCLUDING TIME |
| 14 | DAVANCE REED | ) |
| | Defendant. | ) |
| 15 | | ) Date:  APRIL 25, 2008 |
| | _____ | ) Time:  9:00 a.m. |
| 16 | | ) Judge: Hon. Burrell |

17

18       **IT IS HEREBY STIPULATED** by and between Assistant United States

19  Attorney William Wong, Counsel for Plaintiff, and Attorney Dina L.

20  Santos, Counsel for Defendant DAVANCE REED, that the previously set

21  motion scheduled be rescheduled as follows: motions due by the defense

22  on March 28, 2008, opposition due on April 11, 2008, reply due on April

23  18, with a motion hearing to be set on April 25, 2008, and that all

24  previously set dates are vacated.

25

26       **IT IS FURTHER STIPULATED** that time for trial under the Speedy

27  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

28  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the

ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the April 25, 2008, date, and that Mr. Wong has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: March 11, 2008           /s/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for Defendant
                                DAVANCE REED

**O R D E R**

**IT IS SO ORDERED.**

         By the Court,

Dated: March 12, 2008

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge

Stipulation and Order                 2