```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) CR S-07-211 GEB
                                 )
12              Plaintiff,       ) JOINT REQUEST TO MODIFY LAW
                                 ) AND MOTION SCHEDULE
13       v.                      )
                                 )
14  DAVANCE REED,                ) DATE: May 30, 2008
                                 ) TIME: 9:00 a.m.
15              Defendant.       ) CTRM: Honorable Garland E. Burrell,
    _____)        Jr.
16
```

17      The United States of America, through its counsels of record,

18 McGregor W. Scott, United States Attorney for the Eastern District

19 of California, and William S. Wong, Assistant United States

20 Attorney, and the defendant Davance Reed, through his attorney, Dina

21 Santos, Esq., hereby submit this joint request to modify the law and

22 motion schedule relating to defendant's motion to suppress evidence.

23      The parties respectfully request the following modification to

24 the current law and motion schedule:

25      1.   Government's opposition by:  May 16, 2008;

26      2.   Defendants' reply, if any, by:  May 23, 2008; and

27      3.   Non-evidentiary law and motion hearing set May 30, 2008,
             at 9:00 a.m., or at the Court's earliest convenience.
28 ///

                                    1

Counsels for the government and the defendant are in good faith negotiations to resolve the case. Additionally, counsel for the government needs time to conduct further interviews and investigation in order to file its opposition. Accordingly, the parties respectfully request a modification of the law and motion filing schedule and to reschedule the non-evidentiary law and motion hearing from April 25, 2008, to May 30, 2008, at 9:00 a.m.

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: April 24, 2008       By:    /s/ William S. Wong
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


                            By:    /s/ Dina Santos
                                    DINA SANTOS, ESQ.
                                    Attorney for Defendant

---

**ORDER**

Good cause having been shown, it is hereby ordered that the aforementioned schedule be adopted.

**IT IS SO ORDERED.**

Dated: April 30, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge