McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-07-211 GEB |
| | ) | |
| Plaintiff, | ) | JOINT REQUEST TO MODIFY LAW |
| | ) | AND MOTION SCHEDULE |
| v. | ) | |
| | ) | |
| DAVANCE REED, | ) | DATE:  May 30, 2008 |
| | ) | TIME:  9:00 a.m. |
| Defendant. | ) | CTRM:  Honorable Garland E. Burrell, |
| _____ | ) | Jr. |

        The United States of America, through its counsels of record,

McGregor W. Scott, United States Attorney for the Eastern District

of California, and William S. Wong, Assistant United States

Attorney, and the defendant Davance Reed, through his attorney, Dina

Santos, Esq., hereby submit this joint request to modify the law and

motion schedule relating to defendant's motion to suppress evidence.

        The parties respectfully request the following modification to

the current law and motion schedule:

        1.    Government's opposition by:  May 21, 2008;

        2.    Defendants' reply, if any, by:  May 23, 2008; and

        3.    Non-evidentiary law and motion hearing set May 30, 2008,
              at 9:00 a.m., or at the Court's earliest convenience.

///

1

1    Counsels for the government and the defendant are in good faith

2   negotiations to resolve the case.  Additionally, counsel for the

3   government is attempting to provide defense counsel an opportunity

4   to interview the officers involved in the arrest prior to the

5   government filing its opposition.  Accordingly, the parties

6   respectfully request a modification of the law and motion filing

7   schedule and to reschedule the date the government's opposition is

8   due from May 16, 2008, to May 21, 2008.  The remaining schedule will

9   not be affected by this change.

10                                  Respectfully submitted,

11                                  McGREGOR W. SCOTT
                                    United States Attorney
12

13  Dated: May 16, 2008       By:  /s/ William S. Wong
                                    WILLIAM S. WONG
14                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
15

16                            By:  /s/ Dina Santos
                                    DINA SANTOS, ESQ.
17                                  Attorney for Defendant

18
_____
19                                **ORDER**

20    Good cause having been shown, it is hereby ordered that the

21  government's opposition be filed by May 21, 2008.

22    **IT IS SO ORDERED.**

23
Dated:  May 20, 2008
24

25  _____
    GARLAND E. BURRELL, JR.
26  United States District Judge

27

28

                                    2