DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
Davance Reed

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>    v.                      )<br>                            )<br>DAVANCE REED                )<br>            Defendant.      )<br>_____) | No. 07 CR-S 0211 GEB<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date:  JULY 11, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. BURRELL |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William Wong, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant DAVANCE REED, that the status conference scheduled for June 27, 2008, be vacated and the matter be continued to this Court's criminal calendar on July 11, 2008, at 9:00 a.m., for further status and possible change of plea.

This continuance is requested by the defense in order to permit further client consultation concerning finalization of the plea agreement and further negotiations with the prosecution regarding finalization of the plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the July 11, 2008, date, and that Mr. Wong has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: June 26, 2008         /S/ Dina L. Santos
                             DINA L. SANTOS
                             Attorney for Defendant
                             DAVANCE REED

Dated: June 26, 2008         /S/ William Wong
                             WILLIAM WONG
                             Assistant United States Attorney
                             Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: June 27, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                2