McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>DAVANCE REED,<br><br>             Defendant.<br>_____ | CR S-07-211 GEB<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  August 22, 2008<br>TIME:  9:00 a.m.<br>CTRM:  Honorable Garland E. Burrell, Jr. |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and the defendant Davance Reed, through his attorney, Dina Santos, Esq., hereby stipulate and agree that the status conference scheduled for August 8, 2008, should be continued to August 22, 2008, at 9:00 a.m., for further status and possible change of plea.

Counsels for the government and the defendant request this continuance in order to permit further client consultation concerning finalization of the plea agreement and further negotiations regarding finalization of the plea agreement.

It is further stipulated that time for trial under the Speedy

1

Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the August 22, 2008, date, and that Ms. Santos has authorized the government to sign this stipulation on her behalf.

**IT IS SO STIPULATED**.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: August 7, 2008      By:  /s/ William S. Wong
                                WILLIAM S. WONG
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

Dated: August 7, 2008      By:  /s/ Dina Santos
                                DINA SANTOS, ESQ.
                                Attorney for Defendant

---

**ORDER**

Good cause having been shown, it is hereby ordered that this matter be set for August 22, 2008, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: August 8, 2008

GARLAND E. BURRELL, JR.
United States District Judge