UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

United States of America,)
)   2:07-cr-00211-GEB
         Plaintiff,)
)
  v.)   TRIAL CONFIRMATION ORDER
)
DAVANCE REED, a/k/a DAVON)
LAMAR JOHNSON,)
)
         Defendant.)

        The trial in this action, scheduled to commence at 9:00 a.m. on November 12, 2008, was confirmed at the trial confirmation hearing held on October 10, 2008.

                      I.   EVIDENTIARY DISPUTES

        All evidentiary disputes capable of being resolved by in limine motions, shall be set forth in such motions no later than October 29, 2008.[1]  Oppositions to the motions or non-opposition

---

[1] The parties are requested to meet and confer about such disputes before filing a motion to determine if agreement can be
                                                  (continued...)

1

statements shall be filed no later than November 5, 2008. Hearing on the motions will commence at 9:00 a.m. on November 7, 2008.

## II.   TRIAL PREPARATION

A. No later than five court days before trial, the following documents should be filed:

    (1)   proposed jury instructions;

    (2)   proposed voir dire questions to be asked by the Court;

    (3)   trial briefs;[2]

    (4)   a joint statement or joint proposed jury instruction that can be read to the jury in advance of voir dire that explains the nature of the case; and

    (5)   a proposed verdict form.

At the time of filing the proposed jury instructions, proposed voir dire questions, verdict and joint statement, <u>counsel shall also submit a copy of the sanitized jury instructions, the proposed voir dire questions, verdict forms and the joint statement to the Court by email to geborders@caed.uscourts.gov in accordance with L.R. 51-163(b)(1).</u>

B. The government's exhibits shall be numbered and

---

[1](...continued)
reached on any issue.

[2] To ensure that the trial proceeds at a reasonable pace, the government is required to include in its trial brief a summary of points of law, including reasonably anticipated disputes concerning admissibility of evidence, legal arguments, and citations of authority in support thereof. L.R. 16-285(a)(3). The defense is also encouraged to do this to the extent it opines it should.

eventually marked with stickers provided by the court.  Should the defendant elect to introduce exhibits at trial, such exhibits shall be designated by alphabetical letter with stickers provided by the court.  The parties may obtain exhibit stickers by contacting the clerk's office at (916) 930-4000.

        C.   The parties estimate the trial will take two to three days.  Each side is granted fifteen (15) minutes for voir dire, which may be used after the judge completes judicial voir dire.  The "struck jury" system used to select the jury was explained at the hearing.[3]  Two alternate jurors will be empaneled.  Each side agreed 20 minutes aside is sufficient time for opening statements.

        IT IS SO ORDERED.

Dated:  October 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[3] As explained in <u>United States v. Blouin</u>, 666 F.2d 796, 798 (2d Cir. 1981), "the goal of the 'struck jury' system is to whittle down an initially selected group . . . [to the amount of jurors] who will serve as the petit jury."  The selected group consists of the 12 required to hear the case, the number of alternate jurors, plus the number of jurors required to enable the parties to use the combined number of peremptory challenges allotted to both sides for striking jurors from the group.  Typically extra jurors are included in the select group in the event the minimum amount of jurors required for the "struck system" is reduced "for cause" or some other reason.