McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
COURTNEY J. LINN
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-07-211 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO RESET JURY TRIAL DATE |
| v. | |
| DAVANCE REED, | |
| Defendant. | |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong and Courtney J. Linn, Assistant United States Attorneys, and the defendant, Davance Reed, through his counsel, Dina Santos, Esq., stipulate and agree to the following revised schedule for the jury trial in this matter.

    1.    The jury trial of November 12, 2008, shall be vacated and a new trial date of December 2, 2008, at 9:00 a.m. should be set;

    2.    The trial confirmation hearing in this matter is rescheduled to November 14, 2008, at 9:00 a.m.; and

    3.    A status conference/entry of plea date is scheduled for November 7, 2008, at 9:00 a.m.

Both the defendant and the government need additional time to

1

investigate and prepare for trial in this matter.  Furthermore, the parties are engaged in discussions and research on sentencing issues that may resolve the case.

The parties agree that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) - Local Code T-4 - reasonable time to prepare. The parties agree time be excluded under this provision for the reasons stated above from October 29, 2008, to and including December 2, 2008.

```
                                   Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney


DATED: October 29, 2008     By:    /s/ William S. Wong
                                   WILLIAM S. WONG
                                   COURTNEY J. LINN
                                   Assistant U.S. Attorneys


                            By:    /s/ Dina Santos
                                   DINA SANTOS
                                   Attorney for Defendant
```

**ORDER**

Good cause having been shown, it is hereby ordered that the jury trial date of November 12, 2008, be vacated and a new trial date be set for December 2, 2008, at 9:00 a.m.  Furthermore, the court adopts the schedule for a further status conference/entry of plea and for a trial confirmation hearing date as previously requested in this motion.  Lastly, the court excludes time under

///
///
///
///

2

Local Code T-4 from October 29, 2008, to and including December 2, 2008, for the reasons set forth in this motion.

Dated:  October 29, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

3