```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
COURTNEY J. LINN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (916) 554-2755
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2:07-CR-0211 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION RE: CHANGE OF PLEA/TRIAL |
| v. ) | DATE |
| ) | |
| DAVANCE REED, ) | |
|   aka Davon Lamar Johnson ) | |
| Defendant. ) | |
| _____) | |

    The parties, through their respective counsel, stipulate as follows:

    1.  A change of plea hearing is presently set in this matter for November 14, 2008 at 9:00 a.m. and the trial date is presently set for December 2, 2008, at 9:00 a.m.  The defendant is in custody.

    2.  The government has provided defense counsel with a proposed plea agreement, however, she has been unable to review it with her client because she is in trial in another matter.  To accommodate defense counsel, the parties stipulate that the change of plea be continued from November 14, 2008, at 9:00 a.m., to November 21, 2008, at 9:00 a.m., and that the trial date be continued from December 2, 2008, at 9:00 a.m. to December 9, 2008, at 9:00 a.m. The parties further stipulate that time shall be excluded under Local Code T4 (18 U.S.C. 3161(h)(8)(B)(iv) to allow defense counsel

reasonable time necessary for effective preparation from November 14, 2008 through November 21, 2008.

IT IS SO STIPULATED.

Dated: November 13, 2008

                                McGREGOR W. SCOTT
                                United States Attorney

                            By: /s/ Courtney J. Linn
                                COURTNEY J. LINN
                                Assistant U.S. Attorney


                                /s/ Dina Santos
                                DINA SANTOS
                                Counsel for Defendant


## ORDER

For good cause shown, the Court ADOPTS the parties' stipulation and orders that the change of plea hearing be, and the same hereby is, CONTINUED to November 21, 2008, at 9:00 a.m. and the trial date be, and the same hereby is CONTINUED to December 9, 2008. Time is excluded from November 14, 2008 through and including November 21, 2008.

IT IS SO ORDERED.

Dated: November 18, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge